# UNITED STATES DISTRICT COURT
### for the
### District of New Hampshire

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| ) | 13-mj-116-01-DL |
| Johnathon Irish ) | |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   12/9/2012 - 1/12/2013   in the county of   Rockingham   in the
_____ District of   New Hampshire  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(a)(6) | False statement in connection with the acquisition of a firearm |
| 18 USC 2 | Aiding and abetting |

This criminal complaint is based on these facts:

See attached AffidavitLind

☑ Continued on the attached sheet.

/s/ Lindsay Capodilupo
*Complainant's signature*

Lindsay Capodilupo
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

*Judge's signature*

City and state:   Concord, New Hampshire     Landya B. McCafferty, U.S. Magistrate Judge
*Printed name and title*

Print    Save As...    Attach    Reset