UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2013 NOV -1  P 5: 11

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 1:13-MJ- 116-01-DL |
| v.            ) | |
| ) | |
| JOHNATHON IRISH      ) | |

MOTION TO SEAL

**SEALED DOCUMENT**

The United States of America, by John P. Kacavas, United States Attorney for the District of New Hampshire, hereby moves this Honorable Court to seal the Criminal Complaint, Affidavit in support thereof, Arrest Warrant related thereto, this Motion to Seal, and all docket entries related thereto until the defendant has been taken into custody. Public notice of the complaint at this time would threaten the safety of the individual identified in the affidavit and her minor child. Sealing the documents will allow law enforcement to take the defendant into custody at which time the government may seek his detention or seek conditions of release that ensure the safety of the individuals mentioned in the affidavit.

Respectfully submitted,

JOHN P. KACAVAS
United States Attorney

/s/ Donald Feith
Donald Feith
First Assistant U.S. Attorney
New Hampshire Bar #783
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
Donald.Feith@usdoj.gov

The motion to seal is:

(GRANTED)

DENIED

_____
Honorable Daniel Lynch
United States Magistrate Judge
District of New Hampshire

Date: November 1, 2013