UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA )
) Criminal Case No. 1:13-mj-00116-DL
v. )
)
JOHNATHON IRISH )

## APPEARANCE

Please enter my appearance as additional counsel for the United States in the above-entitled case.

Respectfully submitted,

John P. Kacavas
United States Attorney

By:
/s/ Nick Abramson
Nick Abramson
Assistant U.S. Attorney
MA Bar No. 672267
53 Pleasant Street, 4th Flr
Concord, NH 03301
(603) 225-1552

Date: November 27, 2013  Nick.Abramson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance was served via ECF to Jonathan Saxe, Assistant Federal Public Defender, counsel for the defendant.

/s/ Nick Abramson
Nick Abramson
Assistant U.S. Attorney