AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

RECEIVED
U.S. MARSHAL
CONCORD, NH

2013 NOV 4 AM 8 16

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 13mj116-01-DL |
| | ) | |
| Johnathon Irish | ) | |
| | ) | |
| Defendant | | |

SEALED ~ENT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Johnathan Irish                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 922(a)(6) -- False statement in connection with the acquisition of a firearm
18 U.S.C. 2 -- Aiding and abetting

Date: 11/1/13

_____
*Issuing officer's signature*

Daniel Lynch
~~Landya B. McCafferty~~, U.S. Magistrate Judge
*Printed name and title*

City and state: Concord, New Hampshire

### Return

This warrant was received on *(date)* 11/1/2013, and the person was arrested on *(date)* 11/26/13
at *(city and state)* Brentwood, NH.

Date: 11-26-13

_____
*Arresting officer's signature*

Philip M. Christiana, Special Agent
*Printed name and title*

CERTIFIED TO BE A TRUE COPY
JAMES R. STARR, CLERK
BY: _____
DEPUTY CLERK