AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2013 DEC 12 A 10: 33

| | |
|---|---|
| United States of America<br>v.<br><br>Johnathon Irish<br><br>*Defendant* | )<br>)  Case No. 13mj116-01-DL<br>)<br>)<br>)<br>) |

SEAL[ED] [DOCU]MENT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Johnathan Irish                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☑ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

  18 U S.C. 922(a)(6) -- False statement in connection with the acquisition of a firearm
  18 U S.C. 2 -- Aiding and abetting

Date: 11/1/13

*Issuing officer's signature*

Daniel Lynch

City and state:   Concord, New Hampshire          Landya B. McCafferty, U.S. Magistrate Judge
                                                  *Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/1/13, and the person was arrested on *(date)* 11/26/13
at *(city and state)* Brentwood, NH.

Date: 11/26/13

*Arresting officer's signature*

Philip M. Christiana, Special Agent FBI
*Printed name and title*